RECEIVED

FEB 15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| RVC CORPORATION and LEGATO DEVELOPMENT, LLC<br><br>Plaintiff(s),<br>v.<br>ANHELO, LLC; CERRALVO, LLC; and CERRALVO DESARROADOR, S. de R.L. de C.V.<br><br>Defendant(s). | CV 08 0975<br>CASE NO.<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>E-filing |

FRANCIS B. MAJORIE, an active member in good standing of the bar of State of Texas whose business address and telephone number (particular court to which applicant is admitted) is

Clerk of the Texas Supreme Court
201 West 14th Street, Room 104
Austin, TX 78701 (512) 463-1313

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs RVC Corp. & Legato Development.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3/3/08

_____
United States District Judge
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE