SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
ashartsis@sflaw.com
TRACY SALISBURY (Bar #106837)
tsalisbury@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Defendants
ANHELO, L.L.C. and CERRALVO, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RVC CORPORATION, a Colorado Corporation and LEGATO DEVELOPMENT, L.L.C., a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>ANHELO, L.L.C., a Delaware Limited Liability Company and CERRALVO, L.L.C., a Delaware Limited Liability Company and CERRALVO DESARROADOR, S. de R.L. de C.V., a Mexican Limited Liability Company,<br><br>Defendants. | Case No. CV 08 0975 EMC<br><br>**DEFENDANTS' ANHELO, L.L.C. AND CERRALVO, L.L.C. CERTIFICATE OF INTERESTED PARTIES**<br><br>Trial Date:        Not Yet Set<br>Complaint Filed:  February 15, 2008 |

The undersigned, counsel of record for Defendants Anhelo, L.L.C. and Cerralvo, L.L.C., certifies that the following listed may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. **Anhelo, L.L.C.** is a Delaware limited liability company and its members are JoMei Chang and Dale Skeen, who are citizens of California and reside in San Mateo County, California.

2. **Cerralvo, L.L.C.** is a Delaware limited liability company and its members are JoMei Chang and Dale Skeen, who are citizens of California and reside in San Mateo County,

1  California.

2  DATED:      March 18, 2008                    SHARTSIS FRIESE LLP

4                                                By: /s/ Tracy Salisbury
5                                                    TRACY SALISBURY

6                                                Attorneys for Defendants
                                                 ANHELO, L.L.C. and CERRALVO, L.L.C.

7  7647\001\JBYRD\1499357.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 2 -

Case No.        DEFENDANTS' ANHELO, L.L.C. AND CERRALVO, L.L.C.
CV 08 0975      CERTIFICATE OF INTERESTED PARTIES