UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RVC CORPORATION, et al.

    Plaintiff(s),

v.

ANHELO, L.L.C., et al.

    Defendant(s).

No. C V 08 0975 EMC

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 3-18-08

Signature: /s/ Tracy Salisbury

Counsel for Defendants ANHELO, L.L.C. and CERRALVO, L.L.C.
(Plaintiff, Defendant or indicate "pro se")