1  CASAS RILEY & SIMONIAN, LLP
   Valerie S. Higgins (Bar No. 238323)
2  vhiggins@legalteam.com
   One First Street, Suite 2
3  Los Altos, CA 94022
4  Telephone:   (650) 948-7200
   Facsimile:    (650) 948-7220
5

6  THE MAJORIE LAW FIRM LP
   Francis B. Majorie (Tx. Bar No. 12851420)
7  fbmajorie@themajoriefirm.com
   Douglas C. Prince (Tx. Bar No. 24026653)
8  dcprince@themajoriefirm.com
   3514 Cedar Springs Road
9  Dallas, Texas 75219
   Telephone:   (214) 522-7400
10 Facsimile:    (214) 522-7911
11 Attorneys for Plaintiffs, RVC Corporation and
   Legato Development, LLC
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15
   RVC CORPORATION, a Colorado              CASE NO.  CV 08 0975 EMC
16 Corporation and LEGATO
   DEVELOPMENT, L.L.C., a Delaware
17 Limited Liability Company.
                                            MOTION TO SUBSTITUTE
18           Plaintiffs,                    PLAINTIFFS' COUNSEL OF
                                            RECORD
19     v.

20 ANHELO, L.L.C., a Delaware Limited
   Liability Company and CERRALVO. L.L.C.,  Trial Date:        Not Yet Set
21 a Delaware Limited Liability Company and
   CERRALVO DESARROADOR, S. de R.L.         Complaint Filed:   February 15, 2008
22 de C.V., a Mexican Limited Liability
   Company,
23
             Defendants.
24

25
       Plaintiffs, RVC Corporation and Legato Development LLC ("Plaintiffs") hereby move this
26
   Court to approve the substitution of its attorney, as specified herein.
27
       Plaintiffs request that the Court enter an Order substituting Valerie S. Higgins, of the firm
28

                                        - 1 -
Case No.                    PLAINTIFFS' MOTION TO SUBSTITUTE COUNSEL
CV 08 0975 EMC

Casas Riley & Simonian, LLP, One First Street, Suite 2, Los Altos, California 94022 as counsel of record for Plaintiffs in place of Steven R. Blackburn and the firm Epstein, Becker & Green, who shall be discharged of any and all obligations in this matter.

DATED:   April 21, 2008

**CASAS RILEY & SIMONIAN, LLP**

By:   /s/ Valerie S. Higgins
VALERIE S. HIGGINS (Bar No. 238323)
One First Street, Suite 2
Los Altos, CA 94022
vhiggins@legalteam.com

Attorneys for Plaintiffs RVC CORPORATION and LEGATO DEVELOPMENT, L.L.C.

**THE MAJORIE LAW FIRM LP**

By:   /s/ Douglas C. Prince
DOUGLAS C. PRINCE (Tx. Bar No. 24026653)
3514 Cedar Springs Road
Dallas, Texas 75219
Telephone:     (214) 522-7400
Facsimile:      (214) 522-7911
dcprince@themajoriefirm.com

Attorneys for Plaintiffs, RVC Corporation and Legato Development, LLC

**EPSTEIN, BECKER & GREEN, P.C.**

By:   /s/  Steven R. Blackburn
STEVEN R. BLACKBURN (Bar No. 154797)
One California Street, 26th Floor
San Francisco, CA 94111
Telephone:     (415) 398-3500
Facsimile:      (415) 398- 0955
sblackburn@ebglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2008, a copy of the foregoing Motion to Substitute was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Douglas C. Prince
Douglas C. Prince
Texas Bar No. 24026653
dcprince@themajoriefirm.com
3514 Cedar Springs Road
Dallas, Texas 75219
(214) 522-7400 (Telephone)
(214) 522-7911 (Fax)
(214) 522-7911 (Fax)

Case No.
CV 08 0975 EMC

- 3 -
PLAINTIFFS' MOTION TO SUBSTITUTE COUNSEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RVC CORPORATION**, a Colorado Corporation and **LEGATO DEVELOPMENT, L.L.C.**, a Delaware Limited Liability Company.<br><br>Plaintiffs,<br><br>v.<br><br>**ANHELO, L.L.C.**, a Delaware Limited Liability Company and **CERRALVO. L.L.C.**, a Delaware Limited Liability Company and **CERRALVO DESARROADOR, S. de R.L. de C.V.**, a Mexican Limited Liability Company,<br><br>Defendants. | CASE NO. CV 08 0975 EMC<br><br>**(PROPOSED) ORDER** |

Having considered the Plaintiffs' Motion to Substitute Counsel of Record;

IT IS ORDERED, that Valerie S. Higgins of the firm Casas Riley & Simonian LLP be and hereby is substituted as counsel for Plaintiffs in place of Steven R. Blackburn of the firm Epstein, Becker & Green, P.C., who is hereby discharged from any further obligations herein.

San Francisco, California this ____ day of _____, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE