**CASAS RILEY & SIMONIAN, LLP**
Valerie S. Higgins (Bar No. 238323)
vhiggins@legalteam.com
One First Street, Suite 2
Los Altos, CA 94022
Telephone:  (650) 948-7200
Facsimile:  (650) 948-7220

**THE MAJORIE LAW FIRM LP**
Francis B. Majorie (Tx. Bar No. 12851420)
fbmajorie@themajoriefirm.com
Douglas C. Prince (Tx. Bar No. 24026653)
dcprince@themajoriefirm.com
3514 Cedar Springs Road
Dallas, Texas 75219
Telephone:  (214) 522-7400
Facsimile:  (214) 522-7911
Attorneys for Plaintiffs, RVC Corporation and
Legato Development, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RVC CORPORATION**, a Colorado Corporation and **LEGATO DEVELOPMENT, L.L.C.**, a Delaware Limited Liability Company.<br><br>Plaintiffs,<br><br>v.<br><br>**ANHELO, L.L.C.**, a Delaware Limited Liability Company and **CERRALVO. L.L.C.**, a Delaware Limited Liability Company and **CERRALVO DESARROADOR, S. de R.L. de C.V.**, a Mexican Limited Liability Company,<br><br>Defendants. | CASE NO.  CV 08 0975 EMC<br><br>**PLAINTIFFS' ANSWER TO COUNTERCLAIM**<br><br>Trial Date:  Not Yet Set<br><br>Complaint Filed:  February 15, 2008 |

Plaintiffs, RVC Corporation ("RVC") and Legato Development L.L.C. ("Legato")(collectively "Plaintiffs") hereby Answer the Counterclaim of Defendants Anhelo, L.L.C. ("Anhelo") and Cerralvo, L.L.C. ("Cerralvo") (collectively "Defendants") and state:

- 1 –
CASE NO.                    PLAINTIFFS' ANSWER TO COUNTERCLAIM
CV 08 0975 EMC

**FIRST DEFENSE**

23. Answering Counterclaim paragraph 58, Plaintiffs admit the allegations therein.

24. Answering Counterclaim paragraph 59, Plaintiffs admit the allegations therein.

25. Answering Counterclaim paragraph 60, Plaintiffs admit the allegations therein.

26. Answering Counterclaim paragraph 61, Plaintiffs admit the allegations therein.

27. Answering Counterclaim paragraph 62, Plaintiffs admit the allegations therein.

28. Answering Counterclaim paragraph 63, Plaintiffs admit the allegations therein.

29. Answering Counterclaim paragraph 64, Plaintiffs admit the allegations therein.

30. Answering Counterclaim paragraph 65, Plaintiffs admit the allegations therein.

31. Answering Counterclaim paragraph 66, Plaintiffs admit that a letter dated November 11, 2006 was sent to Defendants requesting information and performance of various matters. Plaintiffs specifically deny that the November 11, 2006 request was contrary to the express terms of the Repurchase Option Agreement.

32. Answering Counterclaim paragraph 67, Plaintiffs admit that a communication dated November 14, 2006 was received from a representative of Plaintiff. Plaintiffs specifically deny the remaining allegations contained within paragraph 67 of Defendants' Counterclaim.

33. Answering Counterclaim paragraph 68, Plaintiffs specifically deny each and every allegation contained therein.

34. Answering Counterclaim paragraph 69, Plaintiffs specifically deny each and every allegation contained therein.

35. Answering Counterclaim paragraph 70, Plaintiffs incorporate by reference their admissions and denials as set forth in paragraphs 1 through and including 12 herein.

36. Answering Counterclaim paragraph 71, Plaintiffs admit that a controversy exists by and between Plaintiffs and Defendants concerning rights, duties and obligations under the Purchase

Agreement and Repurchase Option contained therein. Plaintiffs specifically deny each and every remaining allegation contained within paragraph 71 of the Counterclaim.

### FIRST AFFIRMATIVE DEFENSE

37. Defendants' Counterclaim and claim for relief fails to state a claim or cause of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

38. Defendants' Counterclaim and claim for relief is barred by Defendants' unclean hands.

### THIRD AFFIRMATIVE DEFENSE

39. Defendants' Counterclaim and claim for relief is barred by doctrine of waiver.

### FOURTH AFFIRMATIVE DEFENSE

40. Defendants' Counterclaim and claim for relief is barred by doctrine of estopple.

### FIFTH AFFIRMATIVE DEFENSE

41. Defendants' Counterclaim and claim for relief is barred by doctrine of latches.

### SIXTH AFFIRMATIVE DEFENSE

42. Any and all alleged obligations of Plaintiff to perform under the Repurchase Option were excused or otherwise suspended as a result of Defendants' material breach of the contract, by Defendants' prevention of performance and/or Defendants' frustration of the object, effect and purpose of the contract.

### SEVENTH AFFIRMATIVE DEFENSE

43. Not being able to anticipate all applicable affirmative defenses, Plaintiffs reserve the right, with leave of this Court, to assert any and all applicable affirmative defenses.

## PRAYER

44.     **Wherefore,** having answered Defendants' Counterclaim, RVC and Legato pray that Defendants' Counterclaim be dismissed and that judgment on the same be entered in Plaintiffs' favor, that Plaintiffs be awarded their attorney fees and costs and any additional relief to which Plaintiffs are entitled and the Court deem just and proper.

DATED:   April 21, 2008

**CASAS RILEY & SIMONIAN, LLP**

By:   /s/ Valerie S. Higgins
        VALERIE S. HIGGINS (Bar No. 238323)
        One First Street, Suite 2
        Los Altos, CA 94022
        vhiggins@legalteam.com

Attorneys for Plaintiffs RVC CORPORATION and LEGATO DEVELOPMENT, L.L.C.

**THE MAJORIE LAW FIRM LP**

By:   /s/ Douglas C. Prince
        DOUGLAS C. PRINCE (Tx. Bar No. 24026653)
        3514 Cedar Springs Road
        Dallas, Texas 75219
        Telephone:      (214) 522-7400
        Facsimile:       (214) 522-7911
        dcprince@themajoriefirm.com

Attorneys for Plaintiffs, RVC Corporation and Legato Development, LLC

CASE NO.
CV 08 0975 EMC

PLAINTIFFS' ANSWER TO COUNTERCLAIM

1 | **CERTIFICATE OF SERVICE**

2 I hereby certify that on April 21, 2008, a copy of the foregoing Motion to Substitute was
3 filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing
4 system to all parties indicated on the electronic filing receipt. All other parties will be served by
5 regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Douglas C. Prince
Douglas C. Prince
Texas Bar No. 24026653
dcprince@themajoriefirm.com
3514 Cedar Springs Road
Dallas, Texas 75219
(214) 522-7400 (Telephone)
(214) 522-7911 (Fax)

CASE NO.
CV 08 0975 EMC

- 5 –
PLAINTIFFS' ANSWER TO COUNTERCLAIM