UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RVC CORPORATION**, a Colorado Corporation and **LEGATO DEVELOPMENT, L.L.C.**, a Delaware Limited Liability Company.<br><br>Plaintiffs,<br><br>v.<br><br>**ANHELO, L.L.C.**, a Delaware Limited Liability Company and **CERRALVO. L.L.C.**, a Delaware Limited Liability Company and **CERRALVO DESARROADOR, S. de R.L. de C.V.**, a Mexican Limited Liability Company,<br><br>Defendants. | CASE NO. CV 08 0975 EMC<br><br>(~~PRO~~POSED) ORDER |

Having considered the Plaintiffs' Motion to Substitute Counsel of Record;

IT IS ORDERED, that Valerie S. Higgins of the firm Casas Riley & Simonian LLP be and hereby is substituted as counsel for Plaintiffs in place of Steven R. Blackburn of the firm Epstein, Becker & Green, P.C., who is hereby discharged from any further obligations herein.

San Francisco, California this __24th__ day of __April__, 2008.

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen