1  CASAS RILEY & SIMONIAN, LLP
   Valerie S. Higgins (Bar No. 238323)
2  vhiggins@legalteam.com
   One First Street, Suite 2
3  Los Altos, CA 94022
4  Telephone:    (650) 948-7200
   Facsimile:    (650) 948-7220
5
   THE MAJORIE LAW FIRM LP
6  Francis B. Majorie (Tx. Bar No. 12851420)
   fbmajorie@themajoriefirm.com
7  Douglas C. Prince (Tx. Bar No. 24026653)
8  dcprince@themajoriefirm.com
   3514 Cedar Springs Road
9  Dallas, Texas 75219
   Telephone:    (214) 522-7400
10 Facsimile:    (214) 522-7911
   Attorneys for Plaintiffs, RVC Corporation and
11 Legato Development, LLC
12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14

15 | RVC CORPORATION, a Colorado Corporation and LEGATO DEVELOPMENT, L.L.C., a Delaware Limited Liability Company. | CASE NO. CV 08 0975 EMC |
|---|---|
| Plaintiffs, | **PLAINTIFFS' CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| ANHELO, L.L.C., a Delaware Limited Liability Company and CERRALVO. L.L.C., a Delaware Limited Liability Company and CERRALVO DESARROADOR, S. de R.L. de C.V., a Mexican Limited Liability Company, | Trial Date:       Not Yet Set |
| | Complaint Filed:   February 15, 2008 |
| Defendants. | |

   In accordance with the provisions of Title 28, U.S.C. Section 636(c), Plaintiffs, RVC Corporation and Legato Development, L.L.C., hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the

- 1 -
Case No.            CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE
CV 08 0975 EMC

entry of a final judgment. Appeal from judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 13, 2008

        **CASAS RILEY & SIMONIAN, LLP**

        By: /s/ Valerie S. Higgins
        VALERIE S. HIGGINS (Bar No. 238323)
        One First Street, Suite 2
        Los Altos, CA 94022
        vhiggins@legalteam.com

        Attorneys for Plaintiffs RVC CORPORATION and LEGATO DEVELOPMENT, L.L.C.

        **THE MAJORIE LAW FIRM LP**

        By: /s/ Douglas C. Prince
        DOUGLAS C. PRINCE (Tx. Bar No. 24026653)
        3514 Cedar Springs Road
        Dallas, Texas 75219
        Telephone: (214) 522-7400
        Facsimile: (214) 522-7911
        dcprince@themajoriefirm.com

        **Attorneys for Plaintiffs, RVC Corporation and Legato Development, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2008, a copy of the foregoing Consent to Proceed before a United States Magistrate Judge was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

        /s/ Douglas C. Prince
        Douglas C. Prince (Tx B.N. 24026653)
        dcprince@themajoriefirm.com
        3514 Cedar Springs Road
        Dallas, Texas 75219
        (214) 522-7400 (Telephone)
        (214) 522-7911 (Fax)