UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RVC, et al., | **Case No.** C08-0975 EMC |
| Plaintiffs, | |
| v. | **CLERK'S NOTICE** |
| ANHELO LLC, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

    YOU ARE NOTIFIED THAT the Case Management Conference set for May 21, 2008 at 1:30 p.m. is rescheduled for **May 21, 2008 at 2:00 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: May 20, 2008  
FOR THE COURT,  
Richard W. Wieking, Clerk

by: _/s/ Betty Fong_  
Betty Fong  
Courtroom Deputy