**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** May 21, 2008

**Case No:** C08-0975 EMC                **FTR Time:**   2:07-2:21 p.m.

**Case Name:** RVC v. Anhelo LLC, et al.

   **Attorneys:**   Douglas Prince and Valerie Higgins for Plaintiffs
                    Tracy Salisbury for Defendants

   **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

   CMC - Held

**ORDERED AFTER HEARING:**

This case is referred to ADR for ENE.  ENE to be completed prior to the next status conference on 10/29/08. 7-day jury trial set for 5/18/09 at 8:30 a.m. Court to issue other deadlines in the case management conference order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:** 10/29/08 at 2:30 p.m. for Further Status Conference.  An updated Status Conference Statement shall be filed on or before 10/22/08.

**cc:** EMC/ADR