United States District Court
Northern District of California

1
2
3
4
5
6
7
8   # UNITED STATES DISTRICT COURT
9   **Northern District of California**

10  RVC Corporation,                          08-00975 EMC ENE

11              Plaintiff(s),                 **Notice of Appointment of Evaluator**

12      v.

13  Anhelo LLC,

14              Defendant(s).

15  TO COUNSEL OF RECORD:

16      The court notifies the parties and counsel that the Evaluator assigned to this
17  case is:

18              **Jack Russo**
                Russo & Hale
19              401 Florence St.
                Palo Alto, CA 94301
20              650-327-9800
                jrusso@computerlaw.com
21
22      Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which
    governs the ENE program.  The evaluator will schedule a joint phone conference with
23
    counsel under ADR L.R. 5-7 and will set the date of the ENE session within the
24
    deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court
25
    permits the evaluator to charge each party its pro rata share of the cost of the phone
26
    conference.
27
28

**Notice of Appointment of Evaluator**
08-00975 EMC ENE                    - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: May 29, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
08-00975 EMC ENE                              - 2 -