SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
ashartsis@sflaw.com
TRACY SALISBURY (Bar #106837)
tsalisbury@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Defendants
ANHELO, L.L.C. and CERRALVO, L.L.C.

THE MAJORIE LAW FIRM LP
FRANCIS B. MAJORIE
fbmajorie@themajoriefirm.com
DOUGLAS C. PRINCE
dcprince@themajoriefirm.com
3514 Cedar Springs Road
Dallas, TX 75219
Telephone: (214) 522-7400
Facsimile: (214) 522-7911

CASAS RILEY & SIMONIAN, LLP
VALERIE S. HIGGINS
vhiggins@legalteam.com
One First Street, Suite 2
Los Altos, CA 94022
Telephone: (650) 948-7200
Facsimile: (650) 948-7220

Attorneys For Plaintiffs
RVC CORPORATION and LEGATO
DEVELOPMENT, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RVC CORPORATION, et al., | Case No. CV 08 0975 EMC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING ENE DEADLINE** |
| v. | |
| ANHELO, L.L.C., et al., | Magistrate Judge: Hon. Edward M. Chen |
| Defendants. | Trial Date: May 18, 2009<br>Complaint Filed: February 15, 2008 |

- 1 -

Case No. CV 08 0975 — STIPULATION AND [PROPOSED] ORDER EXTENDING ENE DEADLINE

The parties, by and through their undersigned counsel of record, hereby stipulate that the deadline for conducting an Early Neutral Evaluation conference in this action be extended from October 28, 2008 to December 17, 2008. The parties agree that this stipulation should not result in a continuance of the case management conference scheduled for October 29, 2008 at 2:00 p.m. The parties base this stipulation and request for the extension of the ENE deadline on the following:

The parties have cooperated in attempting to schedule the ENE conference since early September, but were unable to obtain an ENE date from the assigned evaluator. The parties received notice today that the original ENE appointment has been vacated and a new evaluator will be appointed as soon as possible. The parties, through counsel for defendants, Tracy Salisbury, consulted with ADR program staff attorney Robin Siefkin on October 9, 2008, who indicated that, given the fall holidays (starting with Rosh Hashanah and concluding with January 1, 2009), it may be difficult to schedule an ENE conference before the middle of December. The parties therefore stipulate to continuing the deadline for conducting the ENE conference to December 17, 2008 and respectfully request that the Court enter an order to that effect. Given the other discovery deadlines in this case, however, the parties do not believe that the case management conference set for October 29, 2008 should be continued.

DATED: October 10, 2008         SHARTSIS FRIESE LLP

                                By: /s/ Tracy Salisbury
                                    TRACY SALISBURY
                                Attorneys for Defendants
                                ANHELO, L.L.C. and CERRALVO, L.L.C.

DATED: October ___, 2008        THE MAJORIE LAW FIRM LP

                                By: _____
                                    DOUGLAS C. PRINCE
                                Attorneys for Plaintiffs
                                RVC CORPORATION and LEGATO
                                DEVELOPMENT, L.L.C.

1  The parties, by and through their undersigned counsel of record, hereby stipulate that the
2  deadline for conducting an Early Neutral Evaluation conference in this action be extended from
3  October 28, 2008 to December 17, 2008. The parties agree that this stipulation should not result
4  in a continuance of the case management conference scheduled for October 29, 2008 at 2:00 p.m.
5  The parties base this stipulation and request for the extension of the ENE deadline on the
6  following:

7  The parties have cooperated in attempting to schedule the ENE conference since early
8  September, but were unable to obtain an ENE date from the assigned evaluator. The parties
9  received notice today that the original ENE appointment has been vacated and a new evaluator
10 will be appointed as soon as possible. The parties, through counsel for defendants, Tracy
11 Salisbury, consulted with ADR program staff attorney Robin Siefkin on October 9, 2008, who
12 indicated that, given the fall holidays (starting with Rosh Hashanah and concluding with
13 January 1, 2009), it may be difficult to schedule an ENE conference before the middle of
14 December. The parties therefore stipulate to continuing the deadline for conducting the ENE
15 conference to December 17, 2008 and respectfully request that the Court enter an order to that
16 effect. Given the other discovery deadlines in this case, however, the parties do not believe that
17 the case management conference set for October 29, 2008 should be continued.

18 DATED: October ___, 2008        SHARTSIS FRIESE LLP
19
20                                  By:_____
                                        TRACY SALISBURY
21                                  Attorneys for Defendants
22                                  ANHELO, L.L.C. and CERRALVO, L.L.C.

23 DATED: October 10, 2008          THE MAJORIE LAW FIRM LP
24
25                                  By:_____
                                        DOUGLAS C. PRINCE
26                                  Attorneys for Plaintiffs
27                                  RVC CORPORATION and LEGATO
                                    DEVELOPMENT, L.L.C.
28

- 2 -

| Case No. | STIPULATION AND [PROPOSED] ORDER EXTENDING ENE |
| CV 08 0975 | DEADLINE |

1   IT IS SO ORDERED.

3   DATED:     October 20    , 2008     _____
                                                HON. _____
                                                Magistrate _____ District of
                                                California

7   7647\001\1541342.1

**IT IS SO ORDERED**
Judge Edward M. Chen

(Seal: United States District Court, Northern District of California)

---

Shartsis Friese LLP
One Maritime Plaza
Eighteenth Floor
San Francisco, CA 94111

- 3 -

Case No. CV 08 0975     STIPULATION AND [PROPOSED] ORDER EXTENDING ENE DEADLINE