1 | **CASAS RILEY & SIMONIAN, LLP**
Valerie S. Higgins (Bar No. 238323)
2 | vhiggins@legalteam.com
One First Street, Suite 2
3 | Los Altos, CA 94022
4 | Telephone: (650) 948-7200
Facsimile: (650) 948-7220
5 |
6 | **THE MAJORIE LAW FIRM LP**
Douglas C. Prince (Tx. Bar No. 24026653)
7 | dcprince@themajoriefirm.com
3514 Cedar Springs Road
8 | Dallas, Texas 75219
Telephone: (214) 522-7400
9 | Facsimile: (214) 522-7911
**Attorneys for Plaintiffs, RVC Corporation and**
10 | **Legato Development, LLC**
11 | **SHARTSIS FRIESE LLP**
Arthur J. Shartsis (Bar No. 51549)
12 | Tracy Salisbury (Bar No. 106837)
ashartsis@sflaw.com
13 | tsalisbury@sflaw.com
One Maritime Plaza, Eighteenth Floor
14 | San Francisco, CA 94111
Telephone: (415) 421-6500
15 | Facsimile: (415) 421-2922
**Attorneys for Defendants, Anhelo, LLC and**
16 | **Cerralvo, LLC**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RVC CORPORATION, a Colorado Corporation and **LEGATO DEVELOPMENT, L.L.C.**, a Delaware Limited Liability Company.<br><br>Plaintiffs,<br><br>v.<br><br>**ANHELO, L.L.C.**, a Delaware Limited Liability Company and **CERRALVO. L.L.C.**, a Delaware Limited Liability Company and **CERRALVO DESARROADOR, S. de R.L. de C.V.**, a Mexican Limited Liability Company,<br><br>Defendants. | CASE NO.   CV 08 0975 EMC<br><br><br>Trial Date:    May 18, 2009<br><br>Complaint Filed:   February 15, 2008<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION, WITH PREJUDICE** |

- 1 -
CASE NO.          STIPULATION and ORDER DISMISSING ACTION, WITH PREJUDICE
CV 08 00975 EMC

1

2   Now come Plaintiffs, RVC Corporation and Legato Development L.L.C. ("Plaintiffs") and
3   Defendants, Anhelo, L.L.C. and Cerralvo L.L.C. ("Defendants") (Plaintiffs and Defendants
4   collectively referred to as "The Parties") and hereby submit this Joint Stipulation of Dismissal with
5   Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to Dismiss all claims within
6   the Plaintiffs' Complaint and the Defendants' Counterclaim with prejudice, thereby dismissing this
7   action in its entirety. Each party shall bear its own costs and attorneys' fees.

8   This stipulation is made pursuant to the Parties' confidential Settlement and Release
9   Agreement executed and effective December 5, 2008. The Parties further stipulate that this Court
10  shall retain jurisdiction over the Settlement and Release Agreement executed by the Parties as the
11  exclusive venue for resolution of any dispute(s) arising out of or related to such agreement.

12  SO STIPULATED
13  DATED:   December 10, 2008

14                                  **CASAS RILEY & SIMONIAN, LLP**

15                                  By:   /s/ Valerie S. Higgins
16                                        VALERIE S. HIGGINS (Bar No. 238323)
                                          One First Street, Suite 2
17                                        Los Altos, CA 94022
                                          vhiggins@legalteam.com
18                                  **Attorneys for Plaintiffs RVC CORPORATION and
                                    LEGATO DEVELOPMENT, L.L.C.**
19
                                    **THE MAJORIE LAW FIRM LP**
20
21                                  By:   /s/ Douglas C. Prince
                                          DOUGLAS C. PRINCE (Tx. Bar No. 24026653)
22                                        3514 Cedar Springs Road
                                          Dallas, Texas 75219
23                                        Telephone:     (214) 522-7400
                                          Facsimile:     (214) 522-7911
24                                        dcprince@themajoriefirm.com
                                    **Attorneys for Plaintiffs, RVC Corporation and
25                                  Legato Development, LLC**

26
27
28

- 2 -
CASE NO.     STIPULATION and ORDER DISMISSING ACTION, WITH PREJUDICE
CV 08 00975 EMC

SHARTSIS FRIESE LLP

By: __/s/ Tracy Salisbury__
TRACY SALISBURY (Bar No. 106837)
One Maritime Plaza, 18th Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
tsalisbury@sflaw.com
**Attorneys for Defendants, Anhelo, LLC and Cerralvo, LLC**

### ORDER

Pursuant to the above stipulation, and for good cause appearing to the Court, it is hereby ordered that all claims in the above-captioned litigation shall be, and hereby is, dismissed with prejudice. Each party shall bear its own costs and attorney fees incurred in connection with this litigation. The Court notes that the parties have entered into a confidential Settlement and Release Agreement executed and effective December 5, 2008 and this Agreement serves as the basis for dismissal of this litigation. This Court shall retain jurisdiction over the Settlement and Release Agreement executed by the Parties as the exclusive venue for resolution of any dispute(s) arising out of or related to such agreement.

**IT IS SO ORDERED**

Dated: December __17__, 2008

THE HONORABLE EDWARD M. CHEN
U.S. DISTRICT COURT MAGISTRATE JUDGE



- 3 -
CASE NO. STIPULATION and ORDER DISMISSING ACTION, WITH PREJUDICE
CV 08 00975 EMC

## CERTIFICATE OF SERVICE

I hereby certify that on December   , 2008, a copy of the foregoing Stipulation of Dismissal and Proposed Order was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Douglas C. Prince
Douglas C. Prince
Texas Bar No. 24026653
dcprince@themajoriefirm.com
3514 Cedar Springs Road
Dallas, Texas 75219
(214) 522-7400 (Telephone)
(214) 522-7911 (Fax)